# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152355 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC: 152355
COA: 329335
Barry CC: 14-001015-FC

JESSE JAMES SWEENEY,
          Defendant-Appellant.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 25, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2015

Clerk

s1006